UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID JOHN MORANIEC,

    Plaintiff,

v.

    Case No. 12-13495
    Hon. Gerald E. Rosen
    Magistrate Judge David R. Grand

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     August 26, 2013

PRESENT: Honorable Gerald E. Rosen
                 Chief Judge, United States District Court

On May 29, 2013, Magistrate Judge David R. Grand issued a Report and Recommendation ("R & R") recommending that the Court deny Plaintiff David John Moraniec's motion for summary judgment and grant the Defendant Commissioner of Social Security's motion for summary judgment.[1] No objections have been filed to the R & R. Upon reviewing the R & R, the parties' underlying cross-motions for summary judgment, and the record as a whole, the Court fully concurs in the thorough analysis of the Magistrate Judge, and adopts the R & R in its entirety.

---

[1] At the time the R & R was issued, this suit was assigned to District Judge Bernard A. Friedman. On June 18, 2013, the case was reassigned to the undersigned District Judge.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's May 29, 2013 Report and Recommendation (docket #20) is ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's December 5, 2012 motion for summary judgment (docket #14) is DENIED, and that Defendant's February 28, 2013 motion for summary judgment (docket #17) is GRANTED.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  August 26, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 26, 2013, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135